# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:17-CR-0225** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **APOLLO RAVANNA BEY (2),** | : | |
| **MIKE WOOD (3),** | : | |
| **CINDY JO WOOD (4),** | : | |
| **JUSTIN CHANDLER (5),** | : | |
| **STEPHANIE HOLTRY (6), and** | : | |
| **BRETT TRAGESER (7),** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 2nd day of July, 2018, upon consideration of defendant Stephanie Holtry's motion (Doc. 152) to extend pretrial motions deadline and continue trial date, which is concurred in by counsel for the government and counsel for co-defendants Apollo Ravanna Bey, Cindy Jo Wood, Justin Chandler, and Brett Trageser, and unopposed by counsel for co-defendant Mike Wood, and the court, adopting the reasons set forth therein, finds that a continuance of the trial date is warranted for the purposes of permitting ongoing plea negotiations to continue and affording counsel for the defendants adequate time to prepare pretrial motions and prepare for trial, if necessary, and the court concluding, after careful consideration of all relevant factors, that such circumstances outweigh the interests of the public and the defendants to a speedy trial, it is hereby ORDERED that

defendant Holtry's motion (Doc. 152) is GRANTED.  **Jury selection and trial in the above-captioned matter are continued from August 6, 2018, to <u>Monday, September 24, 2018, at 9:30 a.m.</u>**, in Courtroom No. 2, Ninth Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania.  It is further ORDERED that the deadline for filing all pretrial motions, except motions *in limine* and except for good cause shown, shall be extended to <u>**August 17, 2018**</u>.

The Court specifically finds, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants to a speedy trial.  The Clerk of Court shall exclude the appropriate time in the captioned action pursuant to the Speedy Trial Act and this order.

<u>/S/ CHRISTOPHER C. CONNER</u>
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania